OCEAN PINES, LTD. v. BOROUGH OF POINT PLEASANT
AND W. CARY EDWARDS, ATTORNEY GENERAL.

February 27, 1987.

Cross-petition for certification granted. (See 213 *N.J.Super.* 351)

UNION COUNTY BOARD OF SOCIAL SERVICES, ON BEHALF
OF C.D. v. ARTHUR JACKSON.

February 27, 1987.

Petitions for certification granted.

STATE OF NEW JERSEY v. HARRY D. SUGAR.

February 27, 1987.

Leave to appeal granted.